UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

In re: Tara Mae Ulness

Case No. 1-23-11345-RMB

Debtor.

Chapter 13

---

**MOTION TO VOLUNTARILY DISMISS CASE**

---

The Debtor, Tara Mae Ulness, by counsel, Michael J. Watton and the Watton Law Group, move the Court pursuant to § 1307(b) to dismiss the above-referenced bankruptcy case.

Date: June 19, 2026

/s/ Tara Mae Ulness
Tara Mae Ulness

/s/ Kirk M. Fedewa (for)
Michael J. Watton, Esq.
Watton Law Group

Michael J. Watton, Esq.
Watton Law Group
301 West Wisconsin Avenue, 5th Floor
Milwaukee, WI 53203
T: 414-273-6858
wlgmke@wattongroup.com