**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: June 22, 2026**

**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

---

In re: Tara Mae Ulness

Debtor.

Case No. 1-23-11345-RMB
Chapter 13

---

**ORDER DISMISSING CASE**

---

The Debtor filed a Motion to Voluntarily Dismiss the above-captioned Chapter 13 Bankruptcy Case. The record shows that the case has not previously been converted from a Chapter 7 Bankruptcy Case.

IT IS THEREFORE ORDERED:

The Chapter 13 Bankruptcy Case is dismissed, effective immediately.

# # #